# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2008

135402

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 135402
COA: 267679
Washtenaw CC: 05-000093-FH

ANDRE FARAH BOND,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 16, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument the parties shall address the interpretation and application of the "use of authority" language in the criminal sexual conduct statutes, MCL 750.520 *et seq*. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

      The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the issue presented in this case may move the Court for permission to file briefs amicus curiae.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2008

_____
Clerk

p0318